# EXHIBIT A

# K&L|GATES

K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613

T 412.355.6500    www.klgates.com

January 26, 2011

James E. Scheuermann
D 412.355.6215
F 412.355.6501
james.scheuermann@klgates.com

Via First Class Mail and Email

Anthony P. Picadio, Esquire
Picadio, Sneath Miller & Norton, P.C.
4710 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2702

      RE:    DOCA COMPANY v. Advanced Measurement & Analysis Group, Inc.
              and Westinghouse Electric Company, LLC

Dear Tony:

      DOCA COMPANY ("DOCA") has filed the expert report of Messrs. Wermeil, Martin, and Leiberman (the "Talisman Report" or "Report") with the Court in support of its Motion to Amend the Complaint and its Motion to Compel Production of Privileged Documents, and the Report is a subject of Caldon's Motion to Unseal Judicial Records. Based on the information available to us, we believe that Messrs. Wermeil, Martin, and Leiberman are not appropriate expert witnesses in this matter, and that the Report should be withdrawn and not be used for any purpose in this litigation. Indeed, it appears to us that the creation and filing of this Report with the Court in support of DOCA's position in this action violates 18 U.S.C. § 207(a) and the related regulations.

      Before bringing this matter to the attention of the Court in support of our opposition to the above-referenced motions or otherwise, we want to consult with you and give you an opportunity either to withdraw the Report or provide to us an explanation as to why the authors of the Talisman Report have not violated section 207(a). If there is an explanation as to why Messrs. Wermeil, Martin, and Leiberman have not violated section 207(a), we would like to understand it so that we can consider DOCA's and their perspective before raising any issue with the Court.

      Again, because we realize that these circumstances are serious, we wanted to consult with you prior to raising any issue with the Court. We hope that you and the authors

PI-2496821 v2





RECEIVED
JAN 27 2011
BY: ....................

K&L GATES

Anthony P. Picadio, Esquire
January 26, 2011
Page 2

of the Report have considered this issue and are able to address our concerns outside of Court. We look forward to your prompt response to this letter.

Very truly yours,

James E. Scheuermann

JES/rg